| PROB 22 (Rev. 2/88) | | **DOCKET NUMBER** *(Tran. Court)* 0314-4:CR-02-255-12 |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | **DOCKET NUMBER** *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Carolyn Jackson<br><br>6148 Reedland Street<br><br>Philadelphia, PA 19142 | Middle/Pennsylvania | Williamsport |

NAME OF SENTENCING JUDGE: John E. Jones, III

| DATES OF PROBATION | FROM | TO |
|---|---|---|
| | 10/18/04 | 10/17/06 |

**OFFENSE**
Conspiracy to Possess with Intent to Distribute and Distribution of Marijuana [21 U.S.C. § 846]

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE ___MIDDLE___ DISTRICT ___PENNSYLVANIA___

    IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the ___Eastern District of Pennsylvania___ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

_4-3-06_
Date

_[signature]_
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE ___EASTERN___ DISTRICT OF ___PENNSYLVANIA___

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_____
Effective Date

_____
United States District Judge